FILED IN THE
U.S. DISTRICT COURT
EASTERN DISTRICT OF WASHINGTON

Feb 18, 2026

SEAN F. McAVOY, CLERK

Todd Blanche
Deputy Attorney General of the United States
Brandon Pang
Assistant United States Attorney
Eastern District of Washington
Post Office Box 1494
Spokane, WA 99210-1494
Telephone: (509) 353-2767

UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF WASHINGTON

| | |
|---|---|
| UNITED STATES OF AMERICA, | 4:26-CR-6008-MKD |
| Plaintiff, | INDICTMENT |
| v. | Vio.: 21 U.S.C. § 841(a)(1), (b)(1)(B)(vi) and (viii), Possession with Intent to Distribute 40 Grams or More of Fentanyl, and 5 Grams or More of Actual (Pure) Methamphetamine (Count 1) |
| RAMON CONTRERAS-FLORES, | |
| Defendant. | |
| | 18 U.S.C. §§ 922(g)(5), 924(a)(8) Unlawful Alien in Possession of Firearms (Count 2) |
| | 21 U.S.C. § 853; 18 U.S.C. § 924(d)(1), 28 U.S.C. § 2461(c) Forfeiture Allegations |

The Grand Jury charges:

INDICTMENT - 1

## COUNT 1

On or about October 7, 2025, in the Eastern District of Washington, the Defendant, RAMON CONTRERAS-FLORES, knowingly possessed with the intent distribute 40 grams or more of a mixture or substance containing a detectable amount of N-phenyl-N-[1-(2-phenylethyl)-4-piperidinyl] propanamide (a/k/a fentanyl), and 5 grams or more of actual (pure) methamphetamine, all Schedule II controlled substances, in violation of 21 U.S.C. § 841(a)(1), (b)(1)(B)(vi) and (viii).

## COUNT 2

On or about October 7, 2025, in the Eastern District of Washington, the Defendant, RAMON CONTRERAS-FLORES, knowing of his status as an alien illegally and unlawfully in the United States, did knowingly possess in and affecting commerce, firearms, to wit: a Taurus, PT111 G2, 9mm pistol, bearing serial number TJS49180 and a Sig Sauer, Equinox, 9mm pistol, bearing serial number 52B228454, which firearms had theretofore been shipped and transported in interstate and foreign commerce, in violation of 18 U.S.C. §§ 922(g)(5), 924(a)(8).

## NOTICE OF CRIMINAL FORFEITURE

The allegations contained in this Indictment are hereby realleged and incorporated by reference for the purpose of alleging forfeitures.

Pursuant to 21 U.S.C. § 853, upon conviction of an offense in violation of 21 U.S.C. § 841(a)(1), as set forth in this Indictment, Defendant, RAMON CONTRERAS-FLORES, shall forfeit to the United States of America, any property constituting, or derived from, any proceeds obtained, directly or indirectly, as the result of such offense and any property used or intended to be used, in any manner or part, to commit or to facilitate the commission of the offense.

If any forfeitable property, as a result of any act or omission of the Defendants:

a.      cannot be located upon the exercise of due diligence;

INDICTMENT - 2

b.       has been transferred or sold to, or deposited with, a third party;

c.       has been placed beyond the jurisdiction of the court;

d.       has been substantially diminished in value; or

e.       has been commingled with other property which cannot be divided without difficulty,

he United States of America shall be entitled to forfeiture of substitute property pursuant to 21 U.S.C. § 853(p).

Pursuant to 18 U.S.C. § 924(d)(1) and 28 U.S.C. § 2461(c), upon conviction of an offense in violation of 18 U.S.C. §§ 922(g)(5), 924(a)(8), as charged in this Indictment, the Defendant, RAMON CONTRERAS-FLORES, shall forfeit to the United States of America any firearm or ammunition involved or used in the commission of the offense.

DATED this _18_ day of February 2026.

A TRUE BILL

Todd Blanche
Deputy Attorney General

Alison Gregoire
Criminal Chief

_____for_____
Brandon Pang
Assistant United States Attorney

INDICTMENT - 3